**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00597-CV

---

### IN RE MENAT SALEM, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-67310**

---

## MEMORANDUM OPINION

On July 31, 2019, relator Menat Salem filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Germaine J. Tanner, presiding judge of the 311th District Court of Harris County, to set aside her May 24, 2019 interim order granting attorney's fees to the real party in interest in the underlying case for annulment or divorce.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's emergency motion to stay.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Hassan.